IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**WESLEY WHITE**                                                                         **PLAINTIFF**

**V.**                  **NO. 3:20CV00121-JMV**

**ANDREW SAUL**
*Commissioner of Social Security*                                **DEFENDANT**

## ORDER

**BEFORE THE COURT** are Plaintiff's motion [21] for an award of attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and Defendant's response [22]. Having considered the motion and the applicable law—and noting Defendant concedes the requested fee is reasonable—the Court finds the EAJA award requested is reasonable. Accordingly, it is ORDERED that Plaintiff's request for $5,138.78 in attorney fees is GRANTED. The award shall be promptly paid to Plaintiff, however, for the benefit of his counsel. *See Astrue v. Ratliff*, 560 U.S. 586 (2010).

SO ORDERED this 17th day of March, 2021.

/s/ Jane M. Virden
United States Magistrate Judge